UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ROY HOLMES,<br><br>            Petitioner,<br><br>     v.<br><br>JEFFREY UTTECHT,<br><br>            Respondant. | CASE NO. C15-1018JLR<br><br>ORDER OF DISMISSAL |

The court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition (Dkt. # 4), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 22), Petitioner's objections (Dkt. # 23), and the remaining record, finds and orders as follows:

1. The Petitioner's Objections to the Report and Recommendation are OVERRULED because he fails to raise any argument that was not previously considered and adequately addressed by Magistrate Judge Tsuchida in his Report and Recommendation;

ORDER- 1

2. The Report and Recommendation is ADOPTED;

3. Petitioner's 28 U.S.C. § 2254 habeas petition is DENIED;

4. Petitioner is DENIED issuance of a certificate of appealability; and

5. The Clerk shall send a copy of this order to the parties and to Magistrate Judge Tsuchida.

Dated this 5th day of January, 2016.

　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER- 2